UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRACY DUHON, ET AL.                                             CIVIL ACTION

VERSUS                                                              No. 09-1855
                                                       c/w 09-3081, 09-3671, 09-4492
STEWART & STEVENSON, LLC, ET
AL.                                                                  SECTION I

**ORDER**

Considering the unopposed motion[1] filed by the defendant, TK Stanley, to extend the deadlines for all defendants for filing expert reports and witness lists by fifteen days,

**IT IS ORDERED** that the motion is **GRANTED** and all defendants may file their expert reports and witness lists **no later than March 23, 2010.** This extension shall not interfere with any other deadline set forth in the Court's scheduling order, including the motions, pre-trial and trial dates.

New Orleans, Louisiana, March 1, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 85.